FILED
U.S. DIST. COURT
BRUNSWICK DIV

2005 JUL -8 A 11: 40

CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MIKE H. SAMADI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CV 104-137 |
| MBNA AMERICA BANK, N.A., | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, MBNA's motion to compel arbitration and to stay these proceedings is **GRANTED IN PART** and **DENIED IN PART**, the instant case is **DISMISSED** without prejudice, Samadi's motions for injunctive relief and to strike MBNA's "Affidavit and Exhibits" are **DENIED,** and MBNA's motion for protective order is **DENIED as MOOT**.

SO ORDERED this 8th day of July, 2005.

ANTHONY A. ALAIMO, JUDGE
UNITED STATES DISTRICT COURT